No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESUS REYES, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS WEIR, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property, Located within the Block Bounded by East 165th Street, and Other Streets, in the Borough of The Bronx, Duly Selected as a Site for Public School 150. KATHERINE SCHERER, Respondent; FLORENCE RUSH, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEM C. RANSOM, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally and Bergan, JJ.

■ MILTENBERG & SAMTON, INC., Respondent, v. WINKLER CREDIT CORPORATION, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBIN STANISLOWSKI, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LARNED, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of ABRAHAM I. ROSNER, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of BERNARD P. MALONE, Petitioner, v. PETER J. REIDY, as Commissioner of the Department of Buildings of the City of New York, et al., Respondents.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Estate of ARDE BULOVA, Deceased. EMILY B. HENSHEL et al., as Executrices of ARDE BULOVA, Deceased et al.; ILEANA M. K. BULOVA.— Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP PRIORE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ENRIQUE WALKER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY BEENE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALPHONSO PEELE. (E) THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND BISHER. (F) THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD JACKSON. (G) THE PEOPLE OF THE STATE OF NEW YORK v. EDMUND KIDD. (H) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE DENMARK. (I) THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS UGARTE. (J) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY KORYCKA, Also Known as HENRY GOREY. (K) THE PEOPLE OF THE STATE OF NEW YORK v. PETER

Corso. (L) The People of the State of New York v. Javier Sanchez. (M) The People of the State of New York v. John Earl.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

The People of the State of New York v. Vincent Vingo. —

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

The People of the State of New York v. Vincent Vingo.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of Charles E. Morrow v. Emanuel Morris, as Official Court Stenographer of the Court of General Sessions, New York County.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of Grace Ward v. Joseph J. Caputa, as State Rent Administrator.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

Victor A. Roberts v. Aldo Ceria et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

Alan S. Essman et al. v. Metal Findings Corporation.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

(A) Albina Curley v. 97 Wooster Street Corp. et al. (B) Allied Productions, Inc. v. NTA Radio Broadcasting Co.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

Louis Miller v. Building Service Maintenance and Miscellaneous Employees Union, Local 400, et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

Yorktown Products Corporation v. Thomas M. Fay et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

The People of the State of New York v. Charles C. Davis.—